772

Present — Del Vecchio, J. P., Marsh, Witmer, Bastow and Henry, JJ.
CHARLES GAWLICK, Appellant, v. CHEMICAL LEAMAN TANK LINES, INC., Respondent, et al., Defendant.—

Present — Del Vecchio, J. P., Marsh, Witmer, Bastow and Henry, JJ.
JOHN GLOMBOSKI, Plaintiff, v. BALTIMORE & OHIO RAILROAD, Defendant, and Third-Party Plaintiff-Respondent. BARBER-GREENE COMPANY, Third-Party Defendant-Appellant.—

Present — Goldman, P. J., Marsh, Gabrielli, Moule and Henry, JJ.

■ Norman Owczarkowski, Respondent, v. Leonard Pawlicki, Appellant.—

Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.

■ RVA Trucking, Inc., Respondent, v. Lane Construction Corporation et al., Appellants. (Appeal No. 1.) —